United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON N. HAYES, | No. C 11-00161 EJD (PR) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

    For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

    SO ORDERED AND ADJUDGED.

DATED: 11/1/2012

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.11\00161Hayes_judgment.wpd
Judgment

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILTON N. HAYES,

        Petitioner,

v.

ANTHONY HEDGPETH,

        Respondent.
                                           /

Case Number: CV11-00161 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/2/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Milton N. Hayes G37757
Folsom State Prison
P.O. Box 290066
Represa, CA  95671

Dated: _____11/2/2012_____

                                                Richard W. Wieking, Clerk
                                               /s/ By: Elizabeth Garcia, Deputy Clerk

**United States District Court**
For the Northern District of California